Donald A. Robinson
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
drobinson@rwmlegal.com
*Attorneys for Defendant BGC Partners, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TULLETT PREBON PLC, <br><br> Plaintiff, <br><br> vs. <br><br> BGC PARTNERS, INC. <br><br> Defendant. | Civil Action No. 2:09-cv-5365 (SDW)(MCA) <br><br> Hon. Susan D. Wigenton, U.S.D.J. <br> Hon. Madeline Arleo, U.S.M.J. <br><br> **NOTICE OF APPEARANCE** |

TO: Clerk. United States District Court
      50 Walnut Street
      Newark, New Jersey 07102

SIR/MADAM:

PLEASE TAKE NOTICE that Donald A. Robinson, Esq. of Robinson Wettre & Miller, LLC, One Newark Center, Newark, New Jersey 07102 enters an appearance on behalf of defendant BGC Partners, Inc.

Dated: October 29, 2009          By:__s/Donald A. Robinson_____
                                                        Donald A. Robinson

CERTIFICATE OF SERVICE

I, the undersigned, certify that on October 29, 2009, I served counsel for plaintiff with a copy of the attached Notice of Appearance through the Court's CM/ECF filing system.

*s/ Donald A. Robinson*
Donald A. Robinson