Donald A. Robinson
Leda Dunn Wettre
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
drobinson@rwmlegal.com
lwettre@rwmlegal.com
*Attorneys for Defendant BGC Partners, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| TULLETT PREBON PLC, | Civil Action No. 2:09-cv-5365 (SDW)(MCA) |
| --- | --- |
| Plaintiff, | Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Madeline Arleo, U.S.M.J. |
| vs. | |
| BGC PARTNERS, INC., | **NOTICE OF APPEARANCE** |
| Defendant. | |

TO: Clerk, United States District Court
     50 Walnut Street
     Newark, New Jersey 07102

SIR/MADAM:

PLEASE TAKE NOTICE that Leda Dunn Wettre, Esq. of Robinson Wettre & Miller, LLC, One Newark Center, Newark, New Jersey 07102 enters an appearance on behalf of defendant BGC Partners, Inc.

Dated: October 29, 2009       By: *s/Leda Dunn Wettre*
                                                    Leda Dunn Wettre

# CERTIFICATE OF SERVICE

I, the undersigned, certify that on October 29, 2009, I served counsel for plaintiff with a copy of the attached Notice of Appearance through the Court's CM/ECF filing system.

*s/ Leda Dunn Wettre*
Leda Dunn Wettre