Donald A. Robinson
Leda Dunn Wettre
Keith J. Miller
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
drobinson@rwmlegal.com
lwettre@rwmlegal.com
kmiller@rwmlegal.com
*Attorneys for Defendant BGC Partners, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TULLETT PREBON PLC,<br><br>                      Plaintiff,<br><br>vs.<br><br>BGC PARTNERS, INC.,<br><br>                      Defendant. | Civil Action No. 2:09-cv-5365 (SDW)(MCA)<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Madeline Arleo, U.S.M.J.<br><br>**NOTICE OF APPEARANCE** |

TO:    Clerk, United States District Court
        50 Walnut Street
        Newark, New Jersey 07102

SIR/MADAM:

PLEASE TAKE NOTICE that Keith J. Miller, Esq. of Robinson Wettre & Miller, LLC, One Newark Center, Newark, New Jersey 07102 enters an appearance on behalf of defendant BGC Partners, Inc.

Dated: October 29, 2009           By: *s/Keith J. Miller*
                                                       Keith J. Miller

CERTIFICATE OF SERVICE

I, the undersigned, certify that on October 29, 2009, I served counsel for plaintiff with a copy of the attached Notice of Appearance through the Court's CM/ECF filing system.

*s/ Keith J. Miller*
Keith J. Miller