Joseph A. Boyle
Vincent P. Rao, II
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, NJ 07054
(973) 503-5900
(973) 503-5950 (fax)
*Attorneys for Plaintiff*
*Tullett Prebon, plc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TULLETT PREBON, plc,<br><br>   Plaintiff,<br><br>v.<br><br>BGC PARTNERS, INC.<br><br>   Defendant. | CIVIL ACTION NO.: 2:09-CV-5365 (SDW)(MCA)<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Madeline C. Arleo, U.S.M.J.<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that Vincent P. Rao, II, of the firm Kelley Drye & Warren LLP, hereby appears in this case as counsel for Plaintiff, Tullett Prebon, plc.

Dated: October 29, 2009

KELLEY DRYE & WARREN LLP

By: /s/ Vincent P. Rao, II
  Vincent P. Rao, II
  (vrao@kelleydrye.com)
  200 Kimball Drive
  Parsippany, NJ 07054
  (973) 503-5900
  *Attorneys for Plaintiff*
  *Tullett Prebon, plc*

CERTIFICATE OF SERVICE

I, the undersigned, certify that on October 29, 2009, I served counsel for defendant with a copy of the attached Notice of Appearance through the Court's CM/ECF filing system.

By: /s/ Vincent P. Rao, II<br>
Vincent P. Rao, II