

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, EXHIBITS** | |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** | |
| TITLE: | **PROCESS SERVER** | DATE: **10/28/2009  03:10PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

BGC PARTNERS INC.

Place where served:

499 PARK AVENUE   NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

LORI PENNAY

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____.___       SERVICES $ _____.___       TOTAL $ _____.___

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10/28/2009         _____ L.S.
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083
1202911

10/28/09.
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

ATTORNEY:   JOSEPH A. BOYLE, ESQ.
PLAINTIFF:   TULLETT PREBOPN, PLE
DEFENDANT:   BGC PARTNERS INC.
VENUE:       DISTRICT
DOCKET:      09 CV 5365 SDW MCA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**TULLETT PREBON PLC,**
*Plaintiff*

V.   **SUMMONS IN A CIVIL CASE**

**BGC PARTNERS, INC.,**
*Defendant*

CASE NUMBER: **2:09-CV-05365-SDW-MCA**

TO: *(Name and address of Defendant):*

   BGC Partners, Inc.
   499 Park Avenue
   New York, NY 10022

   A lawsuit has been filed against you.

   Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Joseph A. Boyle, Esq.
        Kelley Drye & Warren LLP
        200 Kimball Drive
        Parsippany, NJ  07054

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Leroy Dunbar**
(By) DEPUTY CLERK



ISSUED ON 2009-10-23 17:02:08.0, Clerk
USDC NJD