UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------x
                                                         :
TULLETT PREBON PLC,                                      :
                                                         :   Civ. No.: 09-5365-SDW-MCA
                        Plaintiff,                       :
                                                         :
            - against -                                  :   **STIPULATION AND ORDER**
                                                         :
BGC PARTNERS, INC.,                                      :
                                                         :
                        Defendant.                       :
                                                         :
---------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned as follows:

      1. Defendant's time to answer or move in response to the Complaint filed in this action is hereby extended until December 21, 2009;

      2. Plaintiff's papers in opposition to any motion to dismiss filed by Defendant shall be due on January 26, 2010; and

807243.1

3. Defendant's reply papers in further support of any motion to dismiss it files shall be due on February 16, 2010.

Dated: Newark, New Jersey
November 16, 2009

KELLEY DRYE & WARREN LLP

By: _____
Joseph A. Boyle
200 Kimball Drive
Parsippany, New Jersey 07054
Tel: (973) 503-5900
jboyle@kelleydrye.com

*Attorneys for Plaintiff*

ROBINSON, WETTRE & MILLER LLC

By: _____
Donald A. Robinson
One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: (973) 690-5400
drobinson@rwmlegal.com

*Attorneys for Defendant*

SO ORDERED:

_____  Nov 30-09
United States Magistrate Judge
Madeline Cox Arleo

Rule 16 conference (1/4/10) is adjourned without date until Motion is decided.

8072-13.1