# ROBINSON, WETTRE & MILLER LLC

ATTORNEYS AT LAW
ONE NEWARK CENTER, 19TH FLOOR
NEWARK, NEW JERSEY 07102

(973) 690-5400
FAX (973) 465-2760
www.rwmlegal.com

December 15, 2009

VIA TELECOPIER
Honorable Madeline Cox Arleo
United States District Court
50 Walnut Street
Newark, New Jersey 07102

    Re:   Tullett Prebon plc v. BGC Partners, Inc.
           Civil Action No. 2:09-cv-5365 (SDW) (MCA)

Dear Judge Arleo:

    This letter will confirm my request for permission to file overlength briefs on behalf of counsel for the plaintiff and the defendant. All counsel have agreed, subject to Your Honor's Order, to:

    1.     Defendant is permitted an additional 15 pages in its Brief in Support of its Motion to Dismiss or for alternative relief and plaintiff is permitted an additional 15 pages in its opposition Brief; and

    2.     Defendant is permitted an additional 10 pages for its Reply Brief.

    If Your Honor approves, we would appreciate an appropriate "So Ordered."

                                                        Sincerely,

                                                        Donald A. Robinson

DAR/gd
cc:    All Counsel

SO ORDERED:

_____    Dec 15-09
Hon. Madeline Arleo, U.S.M.J.