Case 2:09-cv-...

Joseph A. Boyle
Vincent P. Rao, II
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, NJ 07054
(973) 503-5900
(973) 503-5950 (fax)
*Attorneys for Plaintiff*
*Tullett Prebon, plc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TULLETT PREBON, plc,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BGC PARTNERS, INC.<br><br>　　　　Defendant. | CIVIL ACTION NO.: 2:09-CV-5365 (SRC)(MCA)<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

On February 11, 2010, defendant BGC Partners, Inc. ("Defendant") filed a motion to dismiss plaintiff Tullett Prebon, plc's ("Plaintiff") Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and (7) or to stay the Action (the "Motion to Dismiss or Stay"). Pursuant to a stipulation and order entered on January 19, 2010, the deadline for Plaintiff to file an opposition to the Motion to Dismiss or Stay is March 4, 2010 and the deadline for Defendant to file a reply in further support of the Motion to Dismiss or Stay is March 19, 2010. (Docket Entry No. 33)

IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have to and including March 10, 2010 to file an opposition to the Motion to Dismiss or Stay and Defendant shall have to and including March 26, 2010 to file a reply in further support of the Motion to Dismiss or Stay.

Dated:  March 2, 2010

| KELLEY DRYE & WARREN LLP | ROBINSON, WETTRE & MILLER LLC |
|---|---|
| By: *s/Joseph A. Boyle* <br> Joseph A. Boyle <br> 200 Kimball Drive <br> Parsippany, New Jersey 07054 <br> Tel: (973) 503-5900 <br> jboyle@kelleydrye.com <br><br> *Attorneys for Plaintiff* | By: *Donald A. Robinson* <br> Donald A. Robinson <br> One Newark Center, 19th Floor <br> Newark, New Jersey 07102 <br> Tel: (973) 690-5400 <br> drobinson@rwmlegal.com <br><br> *Attorneys for Defendant* |

**SO ORDERED:**

_____
United States District Judge
**Stanley R. Chesler**