**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

| NEW YORK, NY | **200 KIMBALL DRIVE** | FACSIMILE |
| WASHINGTON, DC | **PARSIPPANY, NEW JERSEY 07054** | (973) 503-5950 |
| CHICAGO, IL | | www.kelleydrye.com |
| STAMFORD, CT | (973) 503-5900 | |

BRUSSELS, BELGIUM

DIRECT LINE: (973) 503-5920

EMAIL: jboyle@kelleydrye.com

AFFILIATE OFFICES
MUMBAI, INDIA

March 22, 2010

**VIA ECF**

Honorable Stanley R. Chesler, U.S.M.J.
United States District Court
District of New Jersey
U.S.P.O. & Courthouse Bldg.
Room 457
Newark, New Jersey 07101

      Re:    *Tullett Prebon, plc v. BGC Partners, Inc.*
               Civ. No.: 09-5365-SRC-MCA

Dear Judge Chesler:

      This firm represents Tullett Prebon plc in the above-referenced matter. Attached for your review and consideration, please find Mr. Momborquette's letter dated March 22, 2010 enclosing the recently issued Approved Judgment by the English High Court of Justices.

      Respectfully submitted,

      Joseph A. Boyle

JAB:mc
Encls.
cc:    All Counsel of Record (via ECF)