Donald A. Robinson
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
drobinson@rwmlegal.com

Eric Seiler *(pro hac vice)*
Hallie B. Levin *(pro hac vice)*
Mala Ahuja Harper *(pro hac vice application pending)*
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
1633 Broadway
New York, New York  10019-6708
212-833-1100

*Attorneys for Defendant BGC Partners, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TULLETT PREBON PLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>BGC PARTNERS, INC.<br><br>                    Defendant. | Civil Action No. 2:09-cv-5365 (SRC)(MCA)<br><br>Hon. Stanley R. Chesler, U.S.D.J.<br>Hon. Madeline Arleo, U.S.M.J.<br><br>CERTIFICATE OF SERVICE |

   I, the undersigned, certify that on March 26, 2010, I served counsel for plaintiff with a copy of defendant's Reply Brief in further support of its Motion to Dismiss or Motion to Stay via e-mail and the Court's CM/ECF filing system.

                              *s/ Donald A. Robinson*_____
                              Donald A. Robinson