**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TULLETT PREBON, PLC, | : | |
| | : | Civil Action No. 09-5365 (SRC) |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| BGC PARTNERS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**CHESLER**, District Judge

      This matter having come before the Court upon the motion filed by Defendant BGC Partners, Inc. to dismiss the First Amended Complaint [docket entry 35]; and Plaintiff Tullett Prebon, plc having opposed the motion; and the Court having considered the papers filed by the parties in connection with this motion and choosing to rule based thereon pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith; and good cause shown,

      **IT IS** on this 18th day of June, 2010,

      **ORDERED** that Defendant BGC Partners, Inc.'s motion to dismiss [docket entry 35] be and hereby is **GRANTED**; and it is further

**ORDERED** that the First Amended Complaint be and hereby is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(1) and Federal Rule of Civil Procedure 12(b)(7).

          s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge