UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3143
_____

TULLETT PREBON PLC,
                              Appellant


v.

BGC PARTNERS, INC.
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2-09-cv-05365)
District Judge:  Hon. Stanley R. Chesler
_____

Argued April 14, 2011

BEFORE:  FISHER, JORDAN, and COWEN, <u>Circuit</u> <u>Judges</u>


_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court

for the District of New Jersey and was argued on April 14, 2011.  On consideration

whereof, it is now here ordered and adjudged that the judgment of the District Court

entered on June 18, 2010, be and the same hereby is affirmed.  All of the above in

accordance with the opinion of this Court.  Costs taxed against Appellant.

ATTEST:

/s/Marcia M. Waldron
 Clerk

DATED: May 13, 2011