UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------x
TULLETT PREBON, plc,

                Plaintiff,        :  Civil Action No. 2:09-cv-5365
                                :  (SRC)

    - against -

                                :  **ORDER ON MANDATE**

BGC PARTNERS, INC.,

                Defendant.
-----------------------------------------------------------x

       Pursuant to the May 13, 2011 Judgment and the June 7, 2011 Mandate of the Court of Appeals for the Third Judicial Circuit in Appeal 10-3143,

       IT IS on this ___ day of June 2011

       ORDERED that plaintiff Tullett Prebon, plc is to pay costs to defendant BGC Partners, Inc. in the amount of $269.58.

                                                                           STANLEY R. CHESLER
                                                                  United States District Judge

995233.1